

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/19

December 17, 2019

Hon. Sydney H. Stein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Ketebachi, et al. (Daniel Quirk)*
Dkt   17 Cr 243

Dear Judge Stein:

I represent Daniel Quirk in the above matter. This matter is presently scheduled for sentencing on January 9, 2020. I am scheduled to pick a jury in the matter of *People v. Kendall Davis*, Ind.1620-2017, in Bronx County, New York, wherein the defendant is charged with Murder in the Second Degree and other related charges. That matter is predicted to last between 3-4 weeks.

I therefore request that sentencing in this matter be adjourned until February 10, 11, or 12, 2020. If sentencing is adjourned, I request that the schedule for submission of the sentencing memoranda be adjusted as well.

I have spoken with AUSA Robert Sobelman and the Government consents to my request.

I thank the Court for its consideration of my request.

*The sentencing is adjourned to Feb. 12, 2020, at 4:00 pm. Defense submissions are due by Jan. 29, government submissions due by Feb. 5. No further adjournments.*

Respectfully submitted,

12/18/19 SO ORDERED

s/ Sam Braverman
Samuel M. Braverman, Esq.

SIDNEY H. STEIN
U.S.D.J.

Cc:    AUSA Robert Sobelman (BY ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724