

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

December 30, 2019

Hon. Sidney H. Stein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/20

Re:  *United States v. Ketabchi, et al. (Daniel Quirk)*
Dkt  17 Cr 243

Dear Judge Stein:

I represent Daniel Quirk in the above matter. This matter is presently scheduled for sentencing on February 12, 2020, pursuant to the Court's order of December 19, 2019 (ECF Docket Entry 518).

I spoke with Probation to confirm the new sentencing date and was informed by Probation that no PSI has been prepared because Probation was not notified that the matter was ready for sentencing (contrary to the Court's order of August 29, 2019 referring the matter to Probation) (ECF Docket Entry of August 29, 2019, no docket number assigned or order attached).

Probation has informed me that they will require a sentencing date in the beginning of April, 2020, to have sufficient time to prepare the PSI in this matter. I have spoken with AUSA Robert Sobelman and the Government joins me in this request. Therefore, on behalf of Probation and the Government, as well as the defendant, I request that this Court set a date for sentencing in the beginning of April, 2020.

*The sentencing is adjourned to April 7 at 2:30 p.m. Defense submissions are due by March 24, government submissions are due by March 31.*

**SO ORDERED** 1/7/2020

/s/ SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

s/ Sam Braverman
Samuel M. Braverman, Esq.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724