UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 17-Cr-243 (SHS) |
| -v- | ORDER |
| DANIEL QUIRK, | |
| Defendant. | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing scheduled for April 7, 2020, is adjourned to June 8, 2020, at 2:30 p.m. The defendant's sentencing submission is due by May 25, 2020, the government's submission is due by June 1, 2020.

Dated: New York, New York
       March 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.