

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
SBraverman@fbdmlaw.com

**MEMO ENDORSED**

*Via electronic filing*                                                                                        May 26, 2020
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

**Re:**   *United States v. Daniel Quirk*
         *17 CR 243 (SHS)*

Dear Judge Stein,

   I represent Mr. Quirk in the above matter. Sentencing currently is scheduled to take place on June 8, 2020.

   In order provide Mr. Quick and his family the opportunity to appear in person at sentencing, I respectfully request a 30 to 60 day adjournment of this matter. The Government does not object to this request.

   Thank you for your consideration.

                                                           Respectfully submitted,

                                                           ___/s/ Samuel Braverman_____
                                                           Samuel M. Braverman, Esq.
                                                           Fasulo Braverman & Di Maggio, LLP
                                                           225 Broadway, Suite 715
                                                           New York, New York 10007
                                                           Tel. 212-566-6213
                                                           SBraverman@FBDMLaw.com

The sentencing is adjourned to August 11, 2020, at 2:30 p.m. Defense submissions are due by July 28, the government submissions are due by August 4.

Dated: May 26, 2020

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.